IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALBERT GIBBONI, : | |
| : | CIVIL ACTION |
| Plaintiff, : | |
| : | NO. 10-2629 |
| v. : | |
| : | |
| HYATT CORPORATION, et al., : | |
| : | |
| Defendants. : | |

### **ORDER**

**AND NOW**, this 22nd day of March 2011, upon consideration of Plaintiff Albert Gibboni's Motion to Remand to State Court (Doc. No. 4), Plaintiff's Motion for Sanctions (Doc. No. 5), Hyatt Defendants' Response in Opposition to Remand (Doc. No. 7), Defendant Gibboni's Response to Motion to Remand (Doc. No. 9), Hyatt Defendants' Response in Opposition of Sanctions (Doc. No. 10), Plaintiff's Reply in Support of Remand (Doc. No. 12), and Plaintiff's Reply in Support of Sanctions (Doc. No. 13), and after a hearing on the Motions, it is **ORDERED** as follows:

1. Plaintiff's Motion to Remand (Doc. No. 4) is **GRANTED**, and the case is **REMANDED** to the Court of Common Pleas of Philadelphia County;

2. Plaintiff's Motion for Sanctions (Doc. No. 5) is **DENIED**;

3. The Clerk of Court shall close the case.

BY THE COURT:


/s/ Joel H. Slomsky, J.
JOEL H. SLOMSKY, J.